Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SPECIALIZED LOAN SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Blaine Yamamoto ("Plaintiff") filed his Complaint in the Eighth Judicial District Court of Clark County, Nevada on June 27, 2023. Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and Federal National

DMWEST #17703735 v1

Mortgage Association d/b/a Fannie Mae ("Fannie Mae") received service on June 30, 2023, and Defendant Specialized Loan Servicing, LLC ("SLS") (collectively, "Defendants") received service on July 6, 2023. Thus, MERS and Fannie Mae's responses were due on July 21, 2023, and SLS's response due July 27, 2023.

On July 18, 2023, counsel for Plaintiff and counsel for Defendants stipulated to an extension of time for Defendants to respond to Plaintiff's Complaint. The state court entered an order granting the extension on July 21, 2023. However, on July 20, 2023, Defendant Geico Insurance Agency, LLC ("Geico") removed the case to this court.

Therefore, pursuant to this Court's minute order dated July 21, 2023, and LR 81-1, counsel for Plaintiff and counsel for Defendants agree that MERS, Fannie Mae, and SLS shall have up to and including September 1, 2023, to answer or otherwise respond to Plaintiff's Complaint.

Extension of the deadline for MERS and Fannie Mae to respond to Plaintiff's Complaint is warranted under LR IA 6-1 because MERS and Fannie Mae timely requested an extension from the state court prior to removal.

The requested extension will provide the parties time to investigate Plaintiff's allegations and discuss potential resolution. Further, pursuant to this Court's Order to Show Cause entered July 24, 2023, Geico has until August 25, 2023, to show cause why this case should not be remanded to state court. This extension will preserve the parties' time and resources by ensuring any response is filed in the correct action.

DATED this 27 day of July, 2023.

| BALLARD SPAHR LLP | ARMAND LAW GROUP |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Armand Fried<br>Armand Fried<br>Nevada Bar No. 10590<br>8668 Spring Mountain Road, #110<br>Las Vegas, Nevada 89117<br>(702) 781-1999<br>armandfried@msn.com |
| *Attorneys for Defendant Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2023

3

DMWEST #17703735 v1