Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW<sub>LLC</sub>
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for HOMEOWNERS FINANCIAL GROUP USA, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC, an Arizona limited liability company, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HOMEOWNERS FINANCIAL GROUP USA, LLC TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff BLAINE YAMAMOTO ("Plaintiff") commenced this action on June 27, 2023, by filing a Complaint in the Eighth Judicial District Court, Clark County, Nevada. Defendant HOMEOWNERS FINANCIAL GROUP USA, LLC ("HFG") was served with Complaint on July 3, 2023. On July 14, 2023, the state court entered a stipulated order extending the time for HFG to respond to the Complaint to August 21, 2023. On July 21, 2023, Defendant GEICO INSURANCE AGENCY, LLC ("GEICO") filed a Notice of Removal removing the case to this Court. On July 24, 2023, this Court entered an Order to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction (ECF 6) requiring GEICO to show cause in writing by

August 25, 2023, why this action should not be remanded to state court.

## STIPULATION

In view of the foregoing, it is yet unclear whether this case will proceed in state court or federal court. To ensure that HFG's response to the Complaint is filed in the correct action and to provide additional time for HFG to investigate Plaintiff's allegations and explore possible resolution, Plaintiff and HFG stipulate and agree that the time for HFG to file its answer or otherwise respond to the Complaint shall be extended to September 1, 2023.

Dated: August 21, 2023                           Dated: August 21, 2023

PRHLAW LLC                                        ARMAND FRIED, ESQ.

By:/s/Charles H. McCrea                          By:/s/Armand Fried
Paul R. Hejmanowski, Esq. (SBN #94)              Armand Fried, Esq. (SBN #10540)
Charles H. McCrea, Esq. (SBN #104)               8668 Spring Mountain Road, #110
520 South Fourth Street, Suite 360               Las Vegas, NV 89117
Las Vegas, NV 89101
                                                 *Attorneys for BLAINE YAMAMOTO*

*Attorneys for HOMEOWNERS FINANCIAL GROUP USA, LLC*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2023

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that on this 22nd day of August, 2023, I caused the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HOMEOWNERS FINANCIAL GROUP USA, LLC TO RESPOND TO COMPLAINT** to be served by the Court's CM/ECF System on all parties and counsel of record.

/s/Charles H. McCrea