Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

The current deadline for Defendants Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association d/b/a Fannie Mae, Specialized Loan Servicing, LLC, and Homeowners Financial Group USA, LLC (collectively, "Defendants") to respond to Plaintiff Blaine Yamamoto's ("Plaintiff") Complaint is September 1, 2023. Counsel for Defendants and counsel for Plaintiff hereby stipulate

DMWEST #17703735 v1

1  and agree that Defendants shall have up to and including September 28, 2023, to
2  answer or otherwise respond to Plaintiff's Complaint.
3      This extension is necessary to allow the parties time to continue to work toward
4  an early resolution of this case and to accommodate counsel for Plaintiff, who will be
5  out of the country the third week of September.
6      This is the second request to this Court for such an extension, and it is made in
7  good faith and not for purposes of delay.
8      DATED this 24th day of August, 2023.

| | |
|---|---|
| BALLARD SPAHR LLP | ARMAND LAW GROUP |
| By: /s/ Madeleine Coles | By: /s/ Armand Fried |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Armand Fried<br>Nevada Bar No. 10590<br>8668 Spring Mountain Road, #110<br>Las Vegas, Nevada 89117<br>(702) 781-1999<br>armandfried@msn.com |
| *Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae* | *Attorneys for Plaintiff* |
| PRHLAW LLC | |
| By: /s/ Charles H. McCrea | |
| Charles H. McCrea<br>Nevada Bar No. 104<br>Paul R. Hejmanowski<br>Nevada Bar No. 94<br>520 South Fourth Street, Suite 360<br>Las Vegas, Nevada 89101 | |
| *Attorneys for Defendant Homeowners Financial Group USA, LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2023

2

DMWEST #17703735 v1