Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW<sub>LLC</sub>
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for HOMEOWNEERS FINANCIAL GROUP USA, LLC and JULENE CHUTUK*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC, an Arizona limited liability company, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT JULENE CHUTUK TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff BLAINE YAMAMOTO ("Plaintiff") commenced this action on June 27, 2023, by filing a Complaint in the Eighth Judicial District Court, Clark County, Nevada. On July 21, 2023, Defendant GEICO INSURANCE AGENCY, LLC ("GEICO") filed a Notice of Removal removing the case to this Court. On July 24, 2023, this Court entered an Order to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction (ECF 6; the "OST") requiring GEICO to show cause in writing why this action should not be remanded to state court. Defendant JULENE CHUTUK ("Julene") was served on August 23, 2023. On August 24, 2023, before Julene had retained counsel, this Court entered an Order Extending Time to Respond

to Complaint (ECF 14) extending until September 28, 2023 the time for all defendants that had been served at that time to respond to the Complaint. To date, the Court has not issued a ruling on the OST.

## STIPULATION

In view of the foregoing, it is yet unclear whether this case will proceed in state court or federal court. To ensure that Julene's response to the Complaint is filed in the correct action and to provide additional time for Julene to investigate Plaintiff's allegations and explore possible resolution, Plaintiff and Julene stipulate and agree that the time for Julene to file her answer or otherwise respond to the Complaint shall be extended to September 28, 2023.

Dated: September 7, 2023

PRHLAW<sub>LLC</sub>

By:/s/Charles H. McCrea
Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
520 South Fourth Street, Suite 360
Las Vegas, NV 89101

*Attorneys for HOMEOWNERS FINANCIAL GROUP USA, LLC and JULENE CHUTUK*

Dated: September 7, 2023

ARMAND FRIED, ESQ.

By:/s/Armand Fried
Armand Fried, Esq. (SBN #10540)
8668 Spring Mountain Road, #110
Las Vegas, NV 89117

*Attorneys for BLAINE YAMAMOTO*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: **September 12, 2023**