1  Joel E. Tasca
   Nevada Bar No. 14124
2  Madeleine Coles
   Nevada Bar No. 16216
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  colesm@ballardspahr.com

7  *Attorneys for Defendants Specialized Loan
   Servicing, LLC, Mortgage Electronic*
8  *Registration Systems, Inc. & Federal National
   Mortgage Association d/b/a Fannie Mae*

9

                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA

11  BLAINE YAMAMOTO, an individual          CASE NO. 2:23-cv-01142-APG-BNW

12              Plaintiff,

13  v.

14  HOMEOWNERS FINANCIAL GROUP USA,         **STIPULATION AND PROPOSED**
    LLC an Arizona limited liability company; **ORDER EXTENDING TIME FOR**
15  JULINE CHUTUK, an individual; BRIAN     **DEFENDANTS MORTGAGE**
    ESPOSITO, an individual; GEICO          **ELECTRONIC REGISTRATION**
16  INSURANCE AGENCY, LLC, a foreign        **SYSTEMS, INC., FEDERAL**
    limited liability company; SPECIALIZED  **NATIONAL MORTGAGE**
17  LOAN SERVICING, LLC, a foreign limited  **ASSOCIATION D/B/A FANNIE**
    liability company; MORTGAGE            **MAE, SPECIALIZED LOAN**
18  ELECTRONIC REGISTRATION SYSTEMS,        **SERVICING, LLC, AND**
    INC., a Delaware corporation; FEDERAL  **HOMEOWNERS FINANCIAL**
19  NATIONAL MORTGAGE ASSOCIATION          **GROUP USA, LLC**
    d/b/a FANNIE MAE, a corporation chartered **TO RESPOND TO COMPLAINT**
20  by the U.S. Congress; DOES 1-10, inclusive;
    ROE ENTITIES 1-10, inclusive,           **(Third Request)**
21
                Defendants.
22

23         The current deadline for Defendants Mortgage Electronic Registration Systems,

24  Inc., Federal National Mortgage Association d/b/a Fannie Mae, Specialized Loan

25  Servicing, LLC, and Homeowners Financial Group USA, LLC (collectively,

26  "Defendants") to respond to Plaintiff Blaine Yamamoto's ("Plaintiff") Complaint is

27  September 28, 2023.  Counsel for Defendants and counsel for Plaintiff hereby stipulate

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

and agree that Defendants shall have up to and including October 19, 2023, to answer or otherwise respond to Plaintiff's Complaint.

This extension is necessary because the parties are working toward a potential early resolution of this case. Counsel for Plaintiff was out of the country and returned yesterday; an extension will allow the parties time to communicate regarding early resolution. Further, it remains unclear whether this case will proceed in state court or federal court. An extension will ensure that any response to the complaint is filed in the correct action.

Finally, the current deadline for Defendant Juline Chutuk to respond to the Complaint is September 28, 2023. The current deadline for Defendant Brian Esposito to respond to the Complaint is October 13. This extension would align the response deadline for all Defendants, as explained in the separate Stipulation Extending Time for Defendant Juline Chutuk to Respond to Complaint and Stipulation Extending Time for Defendant Brian Esposito to Respond to Complaint, filed concurrently herewith.

This is the third request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

**[Signature page continued on next page]**

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17703735 v1

DATED this 28th day of September, 2023.

BALLARD SPAHR LLP

By: /s/ Madeleine Coles

Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

ARMAND LAW GROUP

By: /s/ Armand Fried

Armand Fried
Nevada Bar No. 10590
8668 Spring Mountain Road, #110
Las Vegas, Nevada 89117
(702) 781-1999
armandfried@msn.com

*Attorneys for Plaintiff*

PRHLAW LLC

By: /s/ Charles H. McCrea

Charles H. McCrea
Nevada Bar No. 104
Paul R. Hejmanowski
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendants Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 09/29/2023

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3