Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT JULINE CHUTUK TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

The current deadline for Defendant Juline Chutuk ("Chutuk") to respond to Plaintiff Blaine Yamamoto's ("Plaintiff") Complaint is September 28, 2023. Counsel for all Defendants and counsel for Plaintiff hereby stipulate and agree that Chutuk shall have up to and including October 19, 2023, to answer or otherwise respond to Plaintiff's Complaint.

DMWEST #17703735 v1

This extension is necessary because the parties are working toward a potential early resolution of this case. Counsel for Plaintiff was out of the country and returned yesterday; an extension will allow the parties time to communicate regarding early resolution. Further, it remains unclear whether this case will proceed in state court or federal court. An extension will ensure that any response to the complaint is filed in the correct action.

Finally, as noted in the separately filed Stipulation Extending Time for Defendants Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association d/b/a Fannie Mae, Specialized Loan Servicing, LLC, and Homeowners Financial Group USA, LLC to Respond to Complaint, this extension would align the response deadline for all Defendants.

This is the second request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

**[Signature page continued on next page]**

2

DMWEST #17703735 v1

1  DATED this 28th day of September, 2023.

2  BALLARD SPAHR LLP                                   ARMAND LAW GROUP

3  By: /s/ Madeleine Coles                             By: /s/ Armand Fried
   Joel E. Tasca                                       Armand Fried
4  Nevada Bar No. 14124                                Nevada Bar No. 10590
   Madeleine Coles                                     8668 Spring Mountain Road, #110
5  Nevada Bar No. 16216                                Las Vegas, Nevada 89117
   1980 Festival Plaza Drive, Suite 900                (702) 781-1999
6  Las Vegas, Nevada 89135                             armandfried@msn.com

7  *Attorneys for Defendants Specialized Loan          *Attorneys for Plaintiff*
   Servicing, LLC, Mortgage Electronic
8  Registration Systems, Inc. & Federal National
   Mortgage Association d/b/a Fannie Mae*

9

10 PRHLAW LLC

11 By: /s/ Charles H. McCrea
   Charles H. McCrea
12 Nevada Bar No. 104
   Paul R. Hejmanowski
13 Nevada Bar No. 94
   520 South Fourth Street, Suite 360
14 Las Vegas, Nevada 89101

15 *Attorneys for Defendant Homeowners
   Financial Group USA, LLC, Juline Chutuk,
16 and Brian Esposito*

17                                                     **ORDER**

18                                                     IT IS SO ORDERED:

19
                                                       _____
20                                                     UNITED STATES MAGISTRATE JUDGE

21
                                                       DATED:   09/29/2023
22

23

24

25

26

27

28

3

DMWEST #17703735 v1