1   Joel E. Tasca
    Nevada Bar No. 14124
2   Madeleine Coles
    Nevada Bar No. 16216
3   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
4   Las Vegas, Nevada 89135
    Telephone: (702) 471-7000
5   Facsimile: (702) 471-7070
    tasca@ballardspahr.com
6   colesm@ballardspahr.com

7   *Attorneys for Defendants Specialized Loan
    Servicing, LLC, Mortgage Electronic
8   Registration Systems, Inc. & Federal National
    Mortgage Association d/b/a Fannie Mae*

9

                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11

12   BLAINE YAMAMOTO, an individual          CASE NO. 2:23-cv-01142-APG-BNW

                    Plaintiff,
13
     v.
14                                           **STIPULATION AND PROPOSED
     HOMEOWNERS FINANCIAL GROUP USA,          ORDER EXTENDING TIME FOR
15   LLC an Arizona limited liability company;   DEFENDANT BRIAN ESPOSITO
     JULINE CHUTUK, an individual; BRIAN      TO RESPOND TO COMPLAINT**
16   ESPOSITO, an individual; GEICO
     INSURANCE AGENCY, LLC, a foreign        **(First Request)**
17   limited liability company; SPECIALIZED
     LOAN SERVICING, LLC, a foreign limited
18   liability company; MORTGAGE
     ELECTRONIC REGISTRATION SYSTEMS,
19   INC., a Delaware corporation; FEDERAL
     NATIONAL MORTGAGE ASSOCIATION
20   d/b/a FANNIE MAE, a corporation chartered
     by the U.S. Congress; DOES 1-10, inclusive;
21   ROE ENTITIES 1-10, inclusive,

22                   Defendants.

23          The current deadline for Defendant Brian Esposito ("Esposito") to respond to

24   Plaintiff Blaine Yamamoto's ("Plaintiff") Complaint is October 13, 2023.  Counsel for

25   all Defendants and counsel for Plaintiff hereby stipulate and agree that Esposito shall

26   have up to and including October 19, 2023, to answer or otherwise respond to Plaintiff's

27   Complaint.

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

This extension is necessary because the parties are working toward a potential early resolution of this case. Counsel for Plaintiff was out of the country and returned yesterday; an extension will allow the parties time to communicate regarding early resolution. Further, it remains unclear whether this case will proceed in state court or federal court. An extension will ensure that any response to the Complaint is filed in the correct action.

Finally, as noted in the separately filed Stipulation Extending Time for Defendants Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association d/b/a Fannie Mae, Specialized Loan Servicing, LLC, and Homeowners Financial Group USA, LLC to Respond to Complaint, this extension would align the response deadline for all Defendants.

This is the first request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

**[Signature page continued on next page]**

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17703735 v1

1    DATED this 28th day of September, 2023.

2    BALLARD SPAHR LLP                          ARMAND LAW GROUP

3    By: /s/ Madeleine Coles                    By: /s/ Armand Fried

4    Joel E. Tasca                              Armand Fried
     Nevada Bar No. 14124                       Nevada Bar No. 10590
5    Madeleine Coles                            8668 Spring Mountain Road, #110
     Nevada Bar No. 16216                       Las Vegas, Nevada 89117
6    1980 Festival Plaza Drive, Suite 900       (702) 781-1999
     Las Vegas, Nevada 89135                    armandfried@msn.com

7    *Attorneys for Defendants Specialized Loan*
     *Servicing, LLC, Mortgage Electronic*      *Attorneys for Plaintiff*
8    *Registration Systems, Inc. & Federal National*
     *Mortgage Association d/b/a Fannie Mae*

9

10   PRHLAW LLC

11   By: /s/ Charles H. McCrea

12   Charles H. McCrea
     Nevada Bar No. 104
     Paul R. Hejmanowski
13   Nevada Bar No. 94
     520 South Fourth Street, Suite 360
14   Las Vegas, Nevada 89101

15   *Attorneys for Defendant Homeowners*
     *Financial Group USA, LLC, Juline Chutuk,*
16   *and Brian Esposito*

17                          **ORDER**

18                   IT IS SO ORDERED:

19

20   _____
     UNITED STATES MAGISTRATE JUDGE
21

22   DATED:  09/29/2023

23

24

25

26

27

28

*Sidebar:* BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3