Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE, SPECIALIZED LOAN SERVICING, LLC, AND HOMEOWNERS FINANCIAL GROUP USA, LLC TO RESPOND TO COMPLAINT**<br><br>(Fourth Request) |

The current deadline for Defendants Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association d/b/a Fannie Mae, Specialized Loan Servicing, LLC, and Homeowners Financial Group USA, LLC (collectively, "Defendants") to respond to Plaintiff Blaine Yamamoto's ("Plaintiff") Complaint is October 19, 2023. Counsel for Defendants and counsel for Plaintiff hereby stipulate

1  and agree that Defendants shall have up to and including November 9, 2023, to answer
2  or otherwise respond to Plaintiff's Complaint.

3     This extension is necessary because the parties are currently engaged in
4  settlement discussions and are hopeful that they will come to an early resolution of
5  this case.  Further, it remains unclear whether this case will proceed in state court or
6  federal court.  A decision by this Court regarding removal has been pending since
7  September 22, 2023 (*see* ECF No. 24). An extension will ensure that any response to
8  the complaint is filed in the correct action.

9     This is the fourth request to this Court for such an extension, and it is made in
10  good faith and not for purposes of delay.

**[Signature page continued on next page]**

DMWEST #17703735 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DATED this 16th day of October, 2023.

| | |
|---|---|
| BALLARD SPAHR LLP | ARMAND LAW GROUP |
| By: /s/ Madeleine Coles | By: /s/ Armand Fried |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Armand Fried<br>Nevada Bar No. 10590<br>8668 Spring Mountain Road, #110<br>Las Vegas, Nevada 89117<br>(702) 781-1999<br>armandfried@msn.com |
| *Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae* | *Attorneys for Plaintiff* |

PRHLAW LLC

By: /s/ Charles H. McCrea
Charles H. McCrea
Nevada Bar No. 104
Paul R. Hejmanowski
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendants Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/18/2023

DMWEST #17703735 v1