Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BRIAN ESPOSITO TO RESPOND TO COMPLAINT<br><br>(Fourth Request) |

On December 12, 2023, this Court entered an order granting a stipulation to stay this case for 60 days while the parties engaged in settlement discussions. [ECF No. 44]. Prior to the granting of this stay, the deadline for Defendant Brian Esposito ("Esposito") to respond to the Complaint filed by Plaintiff Blaine Yamamoto ("Plaintiff") Complaint had been December 11, 2023.

DMWEST #17703735 v1

As the stay will be automatically lifted on February 12, 2024, counsel for Esposito and counsel for Plaintiff hereby stipulate and agree that Esposito shall have up to and including March 1, 2024, to answer or otherwise respond to Plaintiff's Complaint.

Although the parties were unable to settle this case during the pendency of the stay, the parties remain actively engaged in settlement discussions and continuing toward an early resolution of this case.  Further, a decision by this Court regarding removal remains pending.  [*See* ECF No. 24].  A further extension will ensure that, if the parties do not reach a settlement, any response to the complaint is filed in the correct action.

This is the fourth request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

[Continued on following page]

2

DMWEST #17703735 v1

DATED this 9th day of February, 2024.

| BALLARD SPAHR LLP | ARMAND LAW GROUP |
|---|---|
| By: /s/ Madeleine Coles | By: /s/ Armand Fried |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Armand Fried<br>Nevada Bar No. 10590<br>8668 Spring Mountain Road, #110<br>Las Vegas, Nevada 89117<br>(702) 781-1999<br>armandfried@msn.com |
| *Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae* | *Attorneys for Plaintiff* |

PRHLAW LLC

By: /s/ Charles H. McCrea
Charles H. McCrea
Nevada Bar No. 104
Paul R. Hejmanowski
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendant Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/12/2024

3

DMWEST #17703735 v1