Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SPECIALIZED LOAN SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Seventh Request) |

Following the automatic lift of the stay in this case, the current deadline for Defendants Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association d/b/a Fannie Mae, Specialized Loan Servicing, LLC, and

DMWEST #17703735 v1

1 Homeowners Financial Group USA, LLC (collectively, "Defendants") to respond to the
2 Complaint filed by Plaintiff Blaine Yamamoto ("Plaintiff") is March 1, 2024.

3    As the Parties continue to work toward the early resolution of this case, counsel
4 for Defendants and counsel for Plaintiff hereby stipulate and agree that Defendants
5 shall have up to and including March 22, 2024, to answer or otherwise respond to
6 Plaintiff's Complaint. Further, a decision by this Court regarding removal remains
7 pending. [*See* ECF No. 24]. A further extension will ensure that, if the parties do not
8 reach a settlement, any response to the complaint is filed in the correct action.

9    This is the seventh request to this Court for such an extension, and it is made
10 in good faith and not for purposes of delay.

[Continued on following page]

2

DMWEST #17703735 v1

DATED this 29th day of February, 2024.

| BALLARD SPAHR LLP | ARMAND LAW GROUP |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae* | By: /s/ Armand Fried<br>Armand Fried<br>Nevada Bar No. 10590<br>8668 Spring Mountain Road, #110<br>Las Vegas, Nevada 89117<br>(702) 781-1999<br>armandfried@msn.com<br><br>*Attorneys for Plaintiff* |

PRHLAW LLC

By: /s/ Charles H. McCrea
Charles H. McCrea
Nevada Bar No. 104
Paul R. Hejmanowski
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendant Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

<u>ORDER</u> : No further continuances absent extenuating circumstances.

**IT IS SO ORDERED**

**DATED:** 4:48 pm, March 01, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

DMWEST #17703735 v1