Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT JULINE CHUTUK TO RESPOND TO COMPLAINT**<br><br>(Sixth Request) |

Following the automatic lift of the stay in this case, the current deadline for Defendant Juline Chutuk ("Chutuk") to respond to the Complaint filed by Plaintiff Blaine Yamamoto ("Plaintiff") Complaint is March 1, 2024.

As the Parties continue to work toward the early resolution of this case, counsel for Chutuk and counsel for Plaintiff hereby stipulate and agree that Chutuk shall have up to and including March 22, 2024, to answer or otherwise respond to Plaintiff's

DMWEST #17703735 v1

1  Complaint.  Further, a decision by this Court regarding removal remains pending.
2  [*See* ECF No. 24].  A further extension will ensure that, if the parties do not reach a
3  settlement, any response to the complaint is filed in the correct action.

4      This is the sixth request to this Court for such an extension, and it is made in
5  good faith and not for purposes of delay.

6      DATED this 29th day of February, 2024.

BALLARD SPAHR LLP

By: /s/ Madeleine Coles
Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

PRHLAW LLC

By: /s/ Charles H. McCrea
Charles H. McCrea
Nevada Bar No. 104
Paul R. Hejmanowski
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendant Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

ARMAND LAW GROUP

By: /s/ Armand Fried
Armand Fried
Nevada Bar No. 10590
8668 Spring Mountain Road, #110
Las Vegas, Nevada 89117
(702) 781-1999
armandfried@msn.com

*Attorneys for Plaintiff*

<u>ORDER</u>: No further continuances will be granted absent extenuating circumstances.

   IT IS SO ORDERED:

/s/ [signature]

UNITED STATES MAGISTRATE JUDGE

DATED: 3/1/2024

DMWEST #17703735 v1            2