|   |   |
|---|---|
| 1 | Joel E. Tasca |
| 2 | Nevada Bar No. 14124 |
|   | Madeleine Coles |
| 3 | Nevada Bar No. 16216 |
|   | BALLARD SPAHR LLP |
| 4 | 1980 Festival Plaza Drive, Suite 900 |
|   | Las Vegas, Nevada 89135 |
| 5 | Telephone: (702) 471-7000 |
|   | Facsimile: (702) 471-7070 |
| 6 | tasca@ballardspahr.com |
|   | colesm@ballardspahr.com |

*Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| BLAINE YAMAMOTO, an individual | CASE NO. 2:23-cv-01142-APG-BNW |
|---|---|
| Plaintiff, |  |
| v. | **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT BRIAN ESPOSITO TO RESPOND TO COMPLAINT** |
| HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive, | **(Fifth Request)** |
| Defendants. |  |

Following the automatic lift of the stay in this case, the current deadline for Defendant Brian Esposito ("Esposito") to respond to the Complaint filed by Plaintiff Blaine Yamamoto ("Plaintiff") Complaint is March 1, 2024.

As the Parties continue to work toward the early resolution of this case, counsel for Esposito and counsel for Plaintiff hereby stipulate and agree that Esposito shall have up to and including March 22, 2024, to answer or otherwise respond to Plaintiff's

DMWEST #17703735 v1

Complaint. Further, a decision by this Court regarding removal remains pending. [*See* ECF No. 24]. A further extension will ensure that, if the parties do not reach a settlement, any response to the complaint is filed in the correct action.

This is the fifth request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 29th day of February, 2024.

| | |
|---|---|
| BALLARD SPAHR LLP | ARMAND LAW GROUP |
| By: /s/ Madeleine Coles | By: /s/ Armand Fried |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Armand Fried<br>Nevada Bar No. 10590<br>8668 Spring Mountain Road, #110<br>Las Vegas, Nevada 89117<br>(702) 781-1999<br>armandfried@msn.com |
| *Attorneys for Defendants Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae* | *Attorneys for Plaintiff* |

PRHLAW LLC

By: /s/ Charles H. McCrea
Charles H. McCrea
Nevada Bar No. 104
Paul R. Hejmanowski
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendant Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

**ORDER**:

No further continuances absent extenuating circumstances.

**IT IS SO ORDERED**

DATED: 4:43 pm, March 01, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

DMWEST #17703735 v1