ARMAND FRIED, ESQ.
Nevada Bar Number 10590
8668 Spring Mountain Road, #110
Las Vegas, Nevada. 89117
(702) 781-1999
ArmandFried@msn.com
D. BRYCE FINLEY, ESQ.
Nevada Bar No. 9310
2545 S. Torrey Pines #A
Las Vegas, Nevada. 89146
(702) 300-9171
dbrycefinley@gmail.com
*Attorneys for Plaintiff*
*Blaine Yamamoto*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLAINE YAMAMOTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMEOWNERS FINANCIAL GROUP USA, LLC an Arizona limited liability company; JULINE CHUTUK, an individual; BRIAN ESPOSITO, an individual; GEICO INSURANCE AGENCY, LLC, a foreign limited liability company; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a corporation chartered by the U.S. Congress; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01142-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF BLAINE YAMAMOTO TO RESPOND TO MOTION TO DISMISS BY DEFENDANTS FEDERAL NATIONAL MORTGAGE ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SPECIALIZED LOAN SERVICING, LLC**<br><br>**(First Request)** |

The current deadline for Plaintiff Blaine Yamamoto ("Plaintiff") to respond to the Motion to Dismiss filed by Federal National Mortgage Association, Mortgage Electronic Registration Systems, Inc., Specialized Loan Servicing, LLC, (collectively, "Defendants"), is May 6, 2024 [*See* ECF No. 66].

1   As the Parties continue settlement discussions, counsel for Defendants and counsel for
2   Plaintiff hereby stipulate and agree that Plaintiff shall have up to and including May 20, 2024, to
3   Respond to Defendants' Motion to Dismiss.  Further, a decision by this Court regarding removal
4   remains pending.  [*See* ECF No. 24].

5   This is the first request to this Court for such an extension, and it is made in good faith and
6   not for purposes of delay.

[Continued on following page]

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DATED this 6th day of May, 2024.

BALLARD SPAHR LLP

By: /s/ Madeleine Coles, Esq.
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles, Esq.
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Specialized Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc. & Federal National Mortgage Association d/b/a Fannie Mae*

PRHLAW LLC

By: /s/ Charles H. McCrea, Esq.
Charles H. McCrea, Esq.
Nevada Bar No. 104
Paul R. Hejmanowski, Esq.
Nevada Bar No. 94
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendant Homeowners Financial Group USA, LLC, Juline Chutuk, and Brian Esposito*

ARMAND LAW GROUP

By: /s/ D. Bryce Finley, Esq.
D. Bryce Finley, Esq.
Nevada Bar No. 9060
2545 S. Torrey Pines #A
Las Vegas, Nevada. 89146
(702) 300-9171
dbrycefinley@gmail.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: May 10, 2024